UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTESTA NOVATO INVESTORS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>STACY YOUNG,<br><br>  Defendant. | Case No. 14-cv-03689-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO STATE COURT**<br><br>Re: Dkt. No. 10 |

This order concerns Magistrate Judge Joseph C. Spero's September 22, 2014 report and recommendation finding that there is no subject matter jurisdiction over this case removed from the Superior Court of California, County of Marin, because there are no federal questions presented in the underlying unlawful detainer complaint and there is no diversity jurisdiction. Dkt. No. 10. Judge Spero recommends that the case be remanded. *Id.* No objections to the report and recommendation were filed by the October 6, 2014 deadline or have been filed since then.

Having reviewed the matter de novo, the Court ADOPTS Judge Spero's report and recommendation in whole. For the reasons expressed therein, this case is REMANDED to the Marin County Superior Court.

**IT IS SO ORDERED**.

Dated: October 15, 2014

_____
WILLIAM H. ORRICK
United States District Judge